[No. 35786-1-II.   Division Two.   May 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY MICHAEL KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01173-6, Ronald E. Culpepper, J., entered December 14, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 36842-1-II.   Division Two.   May 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAYLENE F. MILLNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 07-1-00059-1, Douglas E. Goelz, J. Pro Tem., entered September 14, 2007. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J.; Bridgewater, J., concurring separately.

[No. 37315-7-II.   Division Two.   May 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE NEIL PEERY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01493-8, James R. Orlando, J., entered January 30, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 37449-8-II.   Division Two.   May 27, 2009.]

JOHN DEWEY ET AL., *Appellants*, v. RAUL GONZALES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-01202-3, Leila Mills, J., entered February 8, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.